# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SUSAN STANSBURY, <br>       Plaintiff, <br><br> v. <br><br> CENTRAL CREDIT SERVICES, INC. <br>       Defendant. | Case No.: 1:12-cv-571-LY |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Michael S. Poncin* | */s/ Amy L. Bennecoff* |
| Michael S. Poncin, Esquire | Amy L. Bennecoff, Esquire |
| Moss & Barentt, PA | Kimmel & Silverman, P.C. |
| 4800 Wells Fargo Center | 30 East Bulter Pike |
| 90 South 7th Street | Ambler, PA 19002 |
| Minneapolis, MN 55402 | Phone: (215) 540-8888 |
| Phone: (612) 877-5000 | Fax: (877) 788-2864 |
| Fax: (612) 877-5999 | Email: abennecoff@creditlaw.com |
| Email: PoncinM@moss-barnett.com | Attorney for the Plaintiff |
| Attorney for the Defendant | |
| Date: June 10, 2013 | Date: June 10, 2013 |

BY THE COURT:

_____
                                 J.

## Certificate of Service

I hereby certify that on this 10th day of June, 2013, a true and correct copy of the foregoing pleading was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Poncin, Esquire
Moss & Barentt, PA
Email: PoncinM@moss-barnett.com

                                                */s/ Amy L. Bennecoff*
                                                Amy L. Bennecoff, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 East Bulter Pike
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Fax: (877) 788-2864
                                                Email:abennecoff@creditlaw.com
                                                Attorney for the Plaintiff