IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUN 11  PM 4: 54

| | |
|---|---|
| SUSAN STANSBURY, § | |
| PLAINTIFF, § | |
| § | CAUSE NO. A-12-CV-571-LY |
| V. § | |
| § | |
| CENTRAL CREDIT SERVICES, INC., § | |
| DEFENDANT. § | |

## FINAL JUDGMENT

Before the court is the above entitled cause of action. On June 10, 2013, the parties filed a Stipulation to Dismiss (Doc. #6), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is hereby **CLOSED**.

SIGNED this __11th__ day of June, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE